UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

     - v. -                    :
                                              NOTICE OF INTENT TO
TIFFANY GOVAN,                    :    FILE AN INFORMATION

          Defendant.             :    07CRIM 937

- - - - - - - - - - - - - - - - x

     Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
         October 1, 2007

                            MICHAEL J. GARCIA
                            United States Attorney

              By:    _____
                   Antonia M. Apps
                   Assistant United States Attorney

                   AGREED AND CONSENTED TO:

              By:    _____
                   Allen Burnside, Esq.
                   Attorney for
                   Tiffany Govan

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/07