UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :

         - v. -                  :     INFORMATION

TIFFANY GOVAN,                   :     07 Cr.

         Defendant.              :     **07 CRIM 937**

- - - - - - - - - - - - - - - - x

                    COUNT ONE

    The United States Attorney charges:

    From on or about April 10, 2007, up to and including on or about July 29, 2007, in the District of South Carolina, TIFFANY GOVAN, the defendant, unlawfully, willfully, and knowingly, not being a licensed importer, licensed manufacturer, licensed dealer, or licensed collector, did transfer, sell, trade, give, transport, and deliver a firearm to another person, who also was not a licensed importer, licensed manufacturer, licensed dealer, or licensed collector, who the defendant knew and had reasonable cause to believe, did not reside in the State in which the defendant resided, to wit, GOVAN, a resident of South Carolina delivered firearms to another person who she knew resided in New York, New York.

    (Title 18, United States Code, Section 922(a)(5).)

USDC SDNY
DOCUMENT
ELECTR...
DOC #:
DATE... OCT 0 9 2007

                                    Michael J. Garcia
                                    MICHAEL J. GARCIA
                                    United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

TIFFANY GOVAN,

Defendant

INFORMATION

07 Cr.

(18 U.S.C. § 922(a)(5).)


MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

10/9/07 - Waiver of Indictment and Information filed. Deft present w/atty Tahanee Dunn, AUSA Antonia Apps present. Ct Rpt present. Deft pleads guilty to Information as charged. Court marks Plea Agmt as Ct Exh A. Ct accepts plea of guilty. PSR ordered. Sentence set for 10/23/08 at 10 am. Bail cont. as set.

BMT.