UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA          :

     v.                          :

TIFFANY GOVAN,                    :

          Defendant.           :

- - - - - - - - - - - - - - - - - - - -X

**07 CRIM 937**

     The above-named defendant, who is accused of violating Title 18, United States Code, Section 922(a)(5), being advised of the nature of the charge and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                        /s/ Tiffany Govan
                        Defendant

                        Witness

                        Counsel for Defendant

Date:   New York, New York
        October 9, 2007

[JUDGE BAER stamp]



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 0 [?] 2007

0202